# EXHIBIT 8

```
------------------------------------- x
                                      :
UNITED STATES OF AMERICA,             :
                                      :
v.                                    :
                                      :        AFFIDAVIT OF CHRISTIAN
JAMES GATTO,                          :               DAWKINS
a/k/a "Jim,"                          :
MERL CODE, and                        :        Case No. 17-cr-00686 (LAK)
CHRISTIAN DAWKINS,                    :
                                      :
            Defendants.               :
------------------------------------- x
```

STATE OF _Ohio_ )
                :ss.:
COUNTY OF _Cuyahoga_ )

CHRISTIAN DAWKINS, being duly sworn, deposes and says:

1. I am a defendant named in the above-captioned matter. I have personal knowledge of the facts related herein. I submit this affidavit in support of my motion to suppress evidence obtained from the search of my two cell phones.

2. On September 25, 2017, I was arrested and two cell phones were seized: a black iPhone bearing IMEI No. 355342084448221 and a white iPhone bearing IMEI No. 355311085816298.

3. Both phones are owned exclusively by me and are subscribed in my name.

4. I purchased the black iPhone on _on about March, 2017_.

5. I purchased the white iPhone on _or about March, 2017_.

6. I created a unique passcode for each phone, which I did not share with any other individual.

7. I am the only person with regular access to the phones.

8. I maintained complete and sole control over the phones until their seizure by law enforcement on September 25, 2017.

_____
CHRISTIAN DAWKINS

23689694.1

Sworn to before me this
6th day of February, 2018.

_____
Notary Public

VIRAL PATEL
NOTARY PUBLIC - STATE OF OHIO
MY COMMISSION EXP OCT 30, 2018