UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
UNITED STATES OF AMERICA,  :
                                                      :  Case No. 17-cr-00686 (LAK)
v.                                         :
                                                      :  ECF Case
JAMES GATTO,  :
a/k/a "Jim,"  :  **NOTICE OF DEFENDANTS'**
MERL CODE, and  :  **MOTION TO SUPPRESS**
CHRISTIAN DAWKINS,  :  **CERTAIN WIRETAP**
                                                      :  **INTERCEPTIONS**
            Defendants.  :
                                                      :
------------------------------------------- X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the exhibits thereto, Defendants James Gatto, Merl Code, and Christian Dawkins, by their attorneys, shall move before the Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Defendants' Motion to Suppress Certain Wiretap Interceptions, as per the following schedule set by the Court:

- All motions by Defendants other than motions addressed to the indictment shall be filed on or before February 9, 2018;

- Answering papers by the Government, if any, shall be filed on or before March 9, 2018;

- Reply papers by Defendants, if any, shall be filed on or before March 19, 2018;

- The Court will hear argument on March 22, 2018 at 4:00 pm.

Dated:   New York, New York
         February 9, 2018

**NEXSEN PRUET LLC**

By: /s/ Mark. C. Moore
William W. Wilkins
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
(864) 370-2211
*Attorneys for Defendant Merl Code*

**HANEY LAW GROUP PLLC**

By: /s/ Steven A. Haney
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
(248) 414-1470
*Attorneys for Defendant Christian Dawkins*

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Michael S. Schachter
Michael S. Schachter
Casey E. Donnelly
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

**ANGELI LAW GROUP LLC**
David Angeli
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
(503) 222-1552

*Attorneys for Defendant James Gatto*