# EXHIBIT 3



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2018

**BY E-MAIL**

Michael Steven Schachter
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019

    Re: ***United States v. James Gatto*, 17 Cr. 686 (LAK)**

Dear Counsel:

    We write to disclose the following, all of which (with the exception of any publicly available documents referenced herein), consistent with our email correspondence of December 18, 2017, constitutes Confidential Information subject to the protective order entered in this case by the Honorable Lewis A. Kaplan on November 28, 2017:

    \*    \*    \*

[redacted]

Page 2



\* \* \*

\* \* \*

      The Government recognizes its obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny. The Government will provide timely disclosure if any such material comes to light. The Government will also provide material under *Giglio* v. *United States*, 405 U.S. 150, 154 (1972), and its progeny, in a timely manner prior to trial.

                       Very truly yours,

                       ROBERT S. KHUZAMI
                       Acting United States Attorney

              By: _____/s/_____
                    Edward B. Diskant/Noah Solowiejczyk
                    Eli J. Mark/Aline Flodr
                    Assistant United States Attorneys
                    (212) 637- 2294/2473/2431/1110