

121 SW MORRISON STREET
SUITE 400
PORTLAND, OR 97204
[p] 503-954-2232
[f] 503-227-0880
www.angelilaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-18

DAVID ANGELI
david@angelilaw.com

February 24, 2018

**VIA ECF AND HAND**

The Honorable Lewis A. Kaplan
United States District Court for the
Southern District of New York
Room 1940
500 Pearl Street
New York, NY 10007

Re:   *United States v. James Gatto, et al.*  (Case No. 17-CR-686),
      *Defendants' Request for Waiver of Defendants' Appearance at February 28, 2018
      Conference*

Dear Judge Kaplan:

I represent Defendant James Gatto in the above-captioned matter, but I am also writing on behalf of counsel for Defendant Christian Dawkins and Defendant Merl Code. I write to respectfully ask the Court to waive Defendants' appearances at the February 28, 2018 conference, which was scheduled by Your Honor this afternoon. We make this request because, as Your Honor knows, Defendants each live outside the district, including Mr. Gatto, who resides in Portland, Oregon and Mr. Code, who resides in South Carolina.

Respectfully submitted,

*s/ David H. Angeli*
David@angelilaw.com
*Counsel for James Gatto*

Granted
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
2/26/18

Honorable Lewis A. Kaplan
February 24, 2018
Page 2

cc:
(by ECF)
William W. Wilkins
Mark C. Moore
Andrew A. Mathias
(*Counsel for Defendant Merl Code*)


Steven Haney
(*Counsel for Defendant Christian Dawkins*)

Edward Diskant
Robert Boone
Noah Solowiejczyk
Mark Eli
Aline Flodr
*U.S. Department of Justice*