

# HANEY LAW GROUP, PLLC
3000 Town Center, Ste. 2570
Southfield, Michigan 48075
(248) 414-1470
steve@haneygroup.net

July 11, 2018

The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street, Courtroom 21B
New York, New York 10007-1312

  Re: United States v Gatto, et al
     Case Number: 1:17-cr-00686-LAK
     Re: Christian Dawkins Re Travel Plans (5th)

Dear Judge Kaplan:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

  <u>Friday, July 13, 2018</u>
  Depart: Cleveland, OH (Delta Flight 2760) at 5:50 am
  Arrive: Detroit, MI at 6:41 am
  Depart: Detroit, MI (Delta Flight 1706) at 7:15 am
  Arrive: Los Angeles, CA at 8:57 am

  <u>Hotel</u>: Residence Inn by Marriott, Los Angeles, LA Live
  901 W. Olympic Blvd, Los Angeles, CA 90015
  (213) 443-9200

  <u>Reason</u>: Family travel plans and meeting for potential professional opportunities.

The Honorable Lewis A. Kaplan
United States District Judge
July 11, 2018
Page 2.

<u>Tuesday, July 17, 2018</u>
Depart: Los Angeles, CA (Delta Flight 1913) at 10:55 am
Arrive: Cleveland, OH at 6:19 pm

Thank you for your consideration of this matter.

Very truly yours,

HANEY LAW GROUP, PLLC


/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:    All Attorneys of Record - via U.S. Court e-filing system
       Kara Cabanaes, U.S. Pretrial Services and Probation Officer
       via email @ Kara_Cabanaes@ohnp.uscourts.gov