UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x

UNITED STATES OF AMERICA,

v.

JAMES GATTO,
a/k/a "Jim,"
MERL CODE, and
CHRISTIAN DAWKINS,

      Defendants.

------------------------------------------- x

Case No. 17-cr-00686 (LAK)

## CERTIFICATE OF SERVICE

The undersigned, a member in good standing of the Bar of the United States Court for the Southern District of New York, certifies that on July 30, 2018, she caused to be served upon the Government true and correct copies of Defendants' Notice of Motion and Memorandum of Law in Support of Their Motion █████████████████████████

████████████████████████████████████████████████████████

███

UNITED STATES ATTORNEY'S OFFICE
Edward Diskant
Noah Solowiejczyk
Aline Flodr
Robert Boone
Eli Mark
Assistant United States Attorneys
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
edward.diskant@usdoj.gov
noah.solowiejczyk@usdoj.gov
aline.flodr@usdoj.gov
robert.boone@usdoj.gov
eli.mark@usdoj.gov

25607512.1

NEXSEN PRUET LLC
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
amathias@nexsenpruet.com
mmoore@nexsenpruet.com

*Attorneys for Defendant Merl Code*

HANEY LAW GROUP PLLC
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
steve@haneygroup.net

*Attorneys for Defendant Christian Dawkins*

Dated: July 30, 2018

                                                        /s/ Casey Donnelly
                                                        Casey Donnelly