UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

       v.

JAMES GATTO,
a/k/a "Jim,"
MERL CODE, and
CHRISTIAN DAWKINS,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    :
    :  Case No. S2 17-cr-00686 (LAK)
    :
    :  ECF Case
    :
    :  **NOTICE OF DEFENDANTS'**
    :  **MOTION FOR THE**
    :  **ISSUANCE OF A RULE 17(C)**
    :  **SUBPOENA TO DANIEL J.**
    :  **KELLY, ESQ.**
    :

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law,

Defendants James Gatto, Merl Code, and Christian Dawkins, by their attorneys, move before the

Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New

York, 500 Pearl Street, New York, New York, for an Order granting Defendants' Motion for the

Issuance of a Rule 17(c) Subpoena to Daniel J. Kelly, Esq.

Dated:   New York, New York
         August 17, 2018


**NEXSEN PRUET LLC**

By: _____
William W. Wilkins
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
(864) 370-2211


**OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.**
Merl F. Code
300 North Main Street
Greenville, South Carolina, 29601
(864) 271-1300

*Attorneys for Defendant Merl Code*


**WILLKIE FARR & GALLAGHER LLP**

By: _____
Michael S. Schachter
Casey E. Donnelly
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Attorneys for Defendant James Gatto*


**HANEY LAW GROUP PLLC**

By: _____
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
(248) 414-1470

*Attorneys for Defendant Christian Dawkins*

Dated:   New York, New York
         August 17, 2018


**NEXSEN PRUET LLC**

By: *Mark Moore*
William W. Wilkins
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
(864) 370-2211


**OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.**
Merl F. Code
300 North Main Street
Greenville, South Carolina, 29601
(864) 271-1300

*Attorneys for Defendant Merl Code*


**WILLKIE FARR & GALLAGHER LLP**

By: _____
Michael S. Schachter
Casey E. Donnelly
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Attorneys for Defendant James Gatto*


**HANEY LAW GROUP PLLC**

By: _____
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
(248) 414-1470

*Attorneys for Defendant Christian Dawkins*

Dated:   New York, New York
         August 17, 2018


**NEXSEN PRUET LLC**


By: _____
William W. Wilkins
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
(864) 370-2211


**OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.**
Merl F. Code
300 North Main Street
Greenville, South Carolina, 29601
(864) 271-1300

*Attorneys for Defendant Merl Code*


**WILLKIE FARR & GALLAGHER LLP**


By: _____
Michael S. Schachter
Casey E. Donnelly
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Attorneys for Defendant James Gatto*


**HANEY LAW GROUP PLLC**

By: _Steve Haney_
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
(248) 414-1470

*Attorneys for Defendant Christian Dawkins*