UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Case No. S2 17-cr-00686 (LAK) |
| v. | : |
| | : ECF Case |
| JAMES GATTO, | : |
| a/k/a "Jim," | : **NOTICE OF DEFENDANTS'** |
| MERL CODE, and | : **MOTION FOR THE** |
| CHRISTIAN DAWKINS, | : **ISSUANCE OF A RULE 17(C)** |
| | : **SUBPOENA TO THOMAS** |
| Defendants. | : **JOSEPH "TJ" GASSNOLA** |
| | : |

---

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the exhibits thereto, Defendants James Gatto, Merl Code, and Christian Dawkins, by their attorneys, move before the Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Defendants' Motion for the Issuance of a Rule 17(c) Subpoena to Thomas Joseph "TJ" Gassnola.

Dated: New York, New York
       September 21, 2018

**NEXSEN PRUET LLC**

By: _____
William W. Wilkins
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
(864) 370-2211


**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Merl F. Code
300 North Main Street
Greenville, South Carolina, 29601
(864) 271-1300

*Attorneys for Defendant Merl Code*

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Michael S. Schachter
Michael S. Schachter
Casey E. Donnelly
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Attorneys for Defendant James Gatto*

**HANEY LAW GROUP PLLC**

By: _____
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
(248) 414-1470

*Attorneys for Defendant Christian Dawkins*

Dated: New York, New York
September 21, 2018

| | |
|---|---|
| **NEXSEN PRUET LLC** | **WILLKIE FARR & GALLAGHER LLP** |
| By: *Mark Moore* | By: _____ |
| William W. Wilkins | Michael S. Schachter |
| Mark C. Moore | Casey E. Donnelly |
| Andrew A. Mathias | 787 Seventh Avenue |
| 55 E. Camperdown Way, Suite 400 | New York, New York 10019 |
| Greenville, South Carolina 29601 | (212) 728-8000 |
| (864) 370-2211 | |
| | *Attorneys for Defendant James Gatto* |
| **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** | **HANEY LAW GROUP PLLC** |
| Merl F. Code | By: _____ |
| 300 North Main Street | Steven A. Haney |
| Greenville, South Carolina, 29601 | 3000 Town Center Drive, Suite 2570 |
| (864) 271-1300 | Southfield, Michigan 48075 |
| | (248) 414-1470 |
| *Attorneys for Defendant Merl Code* | |
| | *Attorneys for Defendant Christian Dawkins* |

- 2 -

Dated: New York, New York
       September 21, 2018

| | |
|---|---|
| **NEXSEN PRUET LLC** | **WILLKIE FARR & GALLAGHER LLP** |
| By: _____ | By: _____ |
| William W. Wilkins | Michael S. Schachter |
| Mark C. Moore | Casey E. Donnelly |
| Andrew A. Mathias | 787 Seventh Avenue |
| 55 E. Camperdown Way, Suite 400 | New York, New York 10019 |
| Greenville, South Carolina 29601 | (212) 728-8000 |
| (864) 370-2211 | |
| | *Attorneys for Defendant James Gatto* |
| **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** | **HANEY LAW GROUP PLLC** |
| Merl F. Code | By: /s/ Steve Haney |
| 300 North Main Street | Steven A. Haney |
| Greenville, South Carolina, 29601 | 3000 Town Center Drive, Suite 2570 |
| (864) 271-1300 | Southfield, Michigan 48075 |
| | (248) 414-1470 |
| *Attorneys for Defendant Merl Code* | |
| | *Attorneys for Defendant Christian Dawkins* |