| Custodian | Participants | From | Body | Delivered Time | Read Time |
|---|---|---|---|---|---|
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA❤ | '+13236229671 its me | The NCAA dude just came to my floor | 11/13/2017 10:42:45 PM(UTC-6) | |
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA❤ | '+13236229671 its me | He said something about my car and how it's bought in FL and all that | 11/13/2017 10:43:00 PM(UTC-6) | |
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA❤ | '+13236229671 its me | Text me back! | 11/13/2017 10:43:04 PM(UTC-6) | |
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA❤ | '+19492903178 MA❤ | Tell him you don't know where it was bought | | 11/13/2017 10:43:36 PM(UTC-6) |
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA❤ | '+19492903178 MA❤ | Your mom and nana handled that | | 11/13/2017 10:43:36 PM(UTC-6) |
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA❤ | '+19492903178 MA❤ | You don't know | | 11/13/2017 10:43:36 PM(UTC-6) |
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA❤ | '+19492903178 MA❤ | You don't know | | 11/13/2017 10:43:36 PM(UTC-6) |



GOVERNMENT EXHIBIT 113B-1
S2 17 cr. 686 (LAK)

| Custodian | Participants | From | Body | Delivered Time | Read Time |
|---|---|---|---|---|---|
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA♥ | '+19492903178 MA♥ | IDC what they say to you | | 11/13/2017 10:43:39 PM(UTC-6) |
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA♥ | '+19492903178 MA♥ | YOU | | 11/13/2017 10:43:39 PM(UTC-6) |
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA♥ | '+19492903178 MA♥ | DONT | | 11/13/2017 10:43:40 PM(UTC-6) |
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA♥ | '+13236229671 its me | KNOW | 11/13/2017 10:43:41 PM(UTC-6) | |
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA♥ | '+19492903178 MA♥ | KNOW | | 11/13/2017 10:43:43 PM(UTC-6) |
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA♥ | '+13236229671 its me | GOT YOU | 11/13/2017 10:43:46 PM(UTC-6) | |
| Preston, Billy | '+13236229671 its me (owner) +19492903178 MA♥ | '+19492903178 MA♥ | If they ask you about a person say.."I don't know"... "I would have to see their face" | | 11/13/2017 10:48:58 PM(UTC-6) |