Bates-Number of Call Being Transcribed: SDNY_00004936-1477
Date of Call Being Transcribed: 7/11/2017
Call Participants: C. Dawkins and J. D'Angelo
Custodian of Call Being Transcribed: Willkie_Christian Dawkins
Time of Call Being Transcribed: 17:02:27

[00:00:00]

JEFF D'ANGELO: Hey.

CHRISTIAN DAWKINS: What's going on Jeff?

JEFF D'ANGELO: Nothing. Nothing. So, I just want to circle back with you. We got -- I did the twenty-five to Munish so he's got it. He'll handle tomorrow. Just, so the only thing is, in the future if we have to do stuff like this. Is there any reason why this guy didn't want it just wired to him?

CHRISTIAN DAWKINS: I guess from the standpoint of keeping everything as clean as possible for -- you never know when the NCAA is going to come, right? So I don't want to look, especially -- this is the thing you have to realize. ████████████████████
████████████████████████████████████████

JEFF D'ANGELO: Yeah, yeah.

CHRISTIAN DAWKINS: I don't want to do anything to put Rick in jeopardy or us or the kid so--

JEFF D'ANGELO: So they don't want to have a, what do you call it? Basically, and if Rick knows about this, you don't want anyone to be able to look at this guy's financials, right and see that there was a wire of twenty-five.

CHRISTIAN DAWKINS: Because I would never tell Rick anything like this because I don't want to put him in jeopardy. But the thing is if the NCAA comes they can request records of your bank accounts.

JEFF D'ANGELO: Right.

CHRISTIAN DAWKINS: And they can say you can't play until you give them over. So, it just -- we could have done it that way.

JEFF D'ANGELO: No, look, and it's fine. Like, I don't mind. Cash is fine, money drop, cash drop is fine. I just need, in the future for me, if we could try to either coordinate it a little bit in advance. The only problem with it being, my point to you is, I can't do this tomorrow, so if Munish couldn't have done it, I would have felt bad because this guy already booked a flight and I wouldn't have been able to meet him at the time he was getting in tomorrow night, so I just don't to create a situation in the future where -- money's not the issue we just --

CHRISTIAN DAWKINS: The only thing that I should do, because this was a little bit random just because I was expecting Adidas to be able to kick in with some shit. What I'll do is just try to break down all the kids for this year's draft, I don't know if you want me to put it into an email



DEFENSE
EXHIBIT
7T
17 Cr. 686 (LAK)

Bates-Number of Call Being Transcribed: SDNY_00004936-1477
Date of Call Being Transcribed: 7/11/2017
Call Participants: C. Dawkins and J. D'Angelo
Custodian of Call Being Transcribed: Willkie_Christian Dawkins
Time of Call Being Transcribed: 17:02:27

or I think what the monthly expenses are going to be, and that way we can kind of, you know.

**JEFF D'ANGELO:** Yeah, look. We can do cash drops. My main thing for me is I don't want to be meeting random people on a street corner in Manhattan with that much money too. Because God forbid this guy. We want to make sure too whoever is taking the money, they're -- best case scenario, they're going to take their money on the plane and go the fuck home. Because the last thing we want is someone with that much money to get picked up in New York doing something stupid and then get freaked out and then start talking.

**CHRISTIAN DAWKINS:** Mmmmm hhmmmmmm.



- 2 -

7T-2

Bates-Number of Call Being Transcribed: SDNY_00004936-1477
Date of Call Being Transcribed: 7/11/2017
Call Participants: C. Dawkins and J. D'Angelo
Custodian of Call Being Transcribed: Willkie_Christian Dawkins
Time of Call Being Transcribed: 17:02:27



7T-3