# DX 28T

# Filed Under Seal