Jim Gatto and Dennis Smith Jr.

---

**7/28/2017 2:55:37 AM(UTC+0)Direction:Incoming, +15037548013 (Home)**
Dennis, I just wanted to say it has been a pleasure watching you grow as a person and player these past few years. I know you had to make a business decision that was best for you and I respect that even in my disappointment. However, that won't stop me from cheering you on during your NBA career as I wish you all the best. Stay who you are and keep working hard and great things are going to happen for you. Look forward to seeing you in the near future.
Jim Gatto

Status: Sent
Delivered: 7/28/2017 2:55:39 AM(UTC+0)

**7/28/2017 2:49:09 PM(UTC+0)Direction:Incoming, +19107784462 (Dennis Smith Jr 2017)**
I thank you for everything you've done for me and I also thank you for being understanding of the situation! Regardless of the current deal we've built a strong relationship worth honoring. I wish you nothing but the best... Thank you!

Status: Read
Read: 7/28/2017 3:50:14 PM(UTC+0)

---

218-1

**DEFENSE EXHIBIT 218**
17 Cr. 686 (LAK)