8/6/2017 12:10:03 PM(UTC+0)Direction:Incoming, +17868772193 (Jim Larranaga)
Jim. Please give me a call. It's important I talk with you today.
Coach L.

Status: Read
Read: 8/6/2017 1:43:09 PM(UTC+0)



DEFENSE EXHIBIT 220
17 Cr. 686 (LAK)

220-1