| | |
|---|---|
| **From:** | Gatto, Jim |
| **Sent:** | Mon, 31 Jul 2017 10:24:45 -0700 (PDT) |
| **To:** | dennissr69@yahoo.com[dennissr69@yahoo.com] |
| **Subject:** | FW: Dennis |
| **Attachments:** | DENNIS SMITH JR. 2017 v4.xlsx |

Dennis,

Wanted to make sure you saw the last note I sent to Glenn with the last offer I proposed. I know Glenn said you guys were going in another direction but just wanted to make sure you saw everything. Even though we didn't get this done just wanted to say thanks for everything and wish you and Jr. all the best.

Thanks - Jim

**From:** Gatto, Jim
**Sent:** Thursday, July 27, 2017 12:54 PM
**To:** glenn schwartzman (gschwartzman@paramountsportsent.com)
**Subject:** Dennis

Glenn, Per our discussion below please find an update to adidas' proposal. As we discussed I would like an answer tonight, either way, of your decision. If I do not hear back from you by midnight (PST)tonight I will take that as you did not accept the offer. Please call with any questions. Thank you - Jim

- Base Comp increased to $1,250,000 for each contract year (4 year Term)
- Increase Rookie of the Year bonus to $1,000,000
- PLAYER OPT OUT: SMITH may OPT OUT after Contract Year Three (3) if Smith is NBA rookie of the Year and Plays in One (1) NBA All Star Game during the first Three Years of the Term
- Adidas OPT OUT: adidas may OPT OUT after Contract Year Three (3) if Smith is NOT NBA Rookie of the Year and does NOT play in ONE (1) NBA All Star Game during the first Three Years of the Term

*Jim Gatto*
*Director of Global Sports Marketing*
*adidas Basketball*
**971-234-4979**
jim.gatto@adidas.com

FOIA Confidential Treatment Requested

ADID000120118


DEFENSE EXHIBIT
**1016**
17 Cr. 686 (LAK)

1016-1