## Christian Dawkins and Brian Bowen Sr.

**5/18/2017 2:44:47 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)**
Lol go to Michigan state. Keep it simple.

Status: Sent
Delivered: 5/18/2017 2:44:48 PM(UTC+0)

**5/18/2017 2:44:56 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)**
They want tugs.

Status: Sent
Delivered: 5/18/2017 2:48:39 PM(UTC+0)

**5/18/2017 2:49:26 PM(UTC+0)Direction:Incoming, +19897141864 (Brian Bowen  Sr)**
He just is not feeling them I'll ask him again today I'm for Msu it's him

Status: Read
Read: 5/18/2017 2:49:34 PM(UTC+0)



GOVERNMENT EXHIBIT 102K-10 S2 17 Cr. 686 (LAK)

