6/15/2018

# North Carolina State University at Raleigh OPE ID: 00297200

**GENERAL INFORMATION**

Location: 2101 Hillsborough Street Raleigh, NC 27695
Phone: (919) 515-2011
Number of Full-time Undergraduates: 20,818
Men: 11,323
Women: 9,495

**ATHLETIC DEPARTMENT INFORMATION**

Director: Deborah Yow
Address:
Campus Box 8502  Raleigh, NC 27695-8502
Reporting Year: 07/01/2016 - 06/30/2017
Reporting Official: Michelle Lee
Title: Associate Athletics Director / SWA
Phone:  (919) 515-5076
Sanction Body: NCAA Division I-FBS

DEFENSE EXHIBIT
614
17 Cr. 686 (LAK)

# Participants

## Athletics Participation

| Varsity Teams Men's and Women's Teams | Number of participants as of the day of the first scheduled contest | |
|---|---|---|
| | Men's Teams | Women's Teams |
| Baseball | 36 | N/A |
| Basketball | 17 | 14 |
| All Track Combined | 99 | 106 |
| Football | 115 | N/A |
| Golf | 11 | 9 |
| Gymnastics | | 16 |
| Soccer | 29 | 24 |
| Softball | N/A | 18 |
| Swimming and Diving | 31 | 31 |
| Tennis | 9 | 8 |
| Volleyball | | 17 |
| Wrestling | 37 | |
| Total Participants Men's and Women's Teams | 384 | 243 |

| Varsity Coed Teams | Number of participants as of the day of the first scheduled contest | |
|---|---|---|
| | # Men | # Women |
| Rifle | 6 | 6 |
| Total Participants Coed Teams | 6 | 6 |
| **Grand Total Participants** | **390** | **249** |
| **Unduplicated Count of Participants (Number of individuals who participated on at least one varsity team.)** | **330** | **184** |

## Coaching Staff and Salaries

### Head Coaches - Men's Teams

| Varsity Men's Teams | Male Head Coaches | | | | | Female Head Coaches | | | Total Head Coaches |
|---|---|---|---|---|---|---|---|---|---|
| | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | |
| Baseball | 1 | | 1 | | | | | | 1 |
| Basketball | 1 | | 1 | | | | | | 1 |
| All Track Combined | | 1 | 1 | | | 1 | 1 | | 2 |
| Football | 1 | | 1 | | | | | | 1 |
| Golf | 1 | | 1 | | | | | | 1 |
| Soccer | 1 | | 1 | | | | | | 1 |
| Swimming and Diving | | 1 | 1 | | | | | | 1 |
| Tennis | 1 | | 1 | | | | | | 1 |
| Wrestling | 1 | | 1 | | | | | | 1 |
| Coaching Position Totals | 7 | 2 | 9 | 0 | 0 | 1 | 1 | 0 | 10 |

### Head Coaches - Women's Teams

| Varsity Women's Teams | Male Head Coaches | | | | | Female Head Coaches | | | Total Head Coaches |
|---|---|---|---|---|---|---|---|---|---|
| | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | |
| Basketball | 1 | | 1 | | | | | | 1 |
| All Track Combined | | 1 | 1 | | | 1 | 1 | | 2 |
| Golf | | | | | 1 | | 1 | | 1 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Gymnastics | 1 | | 1 | | | | | | 1 |
| Soccer | 1 | | 1 | | | | | | 1 |
| Softball | 1 | | 1 | | | | | | 1 |
| Swimming and Diving | | 1 | 1 | | | | | | 1 |
| Tennis | 1 | | 1 | | | | | | 1 |
| Volleyball | | | | | 1 | | 1 | | 1 |
| Coaching Position Totals | 5 | 2 | 7 | 0 | 2 | 1 | 3 | 0 | 10 |

## Head Coaches - Coed Teams

| Varsity Coed Teams | Male Head Coaches | | | | Female Head Coaches | | | | Total Head Coaches |
|---|---|---|---|---|---|---|---|---|---|
| | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | |
| Rifle | 1 | | 1 | | | | | | 1 |
| Coaching Position Totals | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |

## Head Coaches' Salaries

| | Men's Teams | Women's Teams | Coed Teams |
|---|---|---|---|
| Average Annual Institutional Salary per Head Coach | $604,884 | $160,485 | $59,842 |
| Number of Head Coaches Included in Average | 10 | 10 | 1 |
| Average Annual Institutional Salary per FTE | $711,628 | $188,806 | $59,842 |
| Number of FTEs Included in Average | 8.50 | 8.50 | 1.00 |

## Assistant Coaches - Men's Teams

| Varsity Men's Teams | Male Assistant Coaches | | | | Female Assistant Coaches | | | | Total Assistant Coaches |
|---|---|---|---|---|---|---|---|---|---|
| | Assigned to Team on a Full- | Assigned to Team on a Part- | Full-Time Institution Employee | Part-Time Institution Employee | Assigned to Team on a Full- | Assigned to Team on a Part- | Full-Time Institution Employee | Part-Time Institution Employee | |

| Varsity Men's Teams | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Total Assistant Coaches |
|---|---|---|---|---|---|---|---|---|---|
| Baseball | 2 | 1 | 2 | 1 | | | | | 3 |
| Basketball | 3 | | 3 | | | | | | 3 |
| All Track Combined | | 6 | 4 | 2 | | | | | 6 |
| Football | 9 | | 9 | | | | | | 9 |
| Golf | 1 | 1 | 1 | 1 | | | | | 2 |
| Soccer | 2 | 1 | 2 | 1 | | | | | 3 |
| Swimming and Diving | | 5 | 4 | 1 | | 1 | 1 | | 6 |
| Tennis | 1 | 1 | 1 | 1 | | | | | 2 |
| Wrestling | 2 | | 2 | | | | | | 2 |
| Coaching Position Totals | 20 | 15 | 28 | 7 | 0 | 1 | 1 | 0 | 36 |

## Assistant Coaches - Women's Teams

| Varsity Women's Teams | Male Assistant Coaches | | | | Female Assistant Coaches | | | | Total Assistant Coaches |
|---|---|---|---|---|---|---|---|---|---|
| | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | |
| Basketball | 1 | | 1 | | 2 | | 2 | | 3 |
| All Track Combined | | 6 | 4 | 2 | | 1 | | 1 | 7 |
| Golf | | | | | 1 | 1 | 1 | 1 | 2 |
| Gymnastics | 1 | | 1 | | 1 | | 1 | | 2 |
| Soccer | 2 | | 2 | | | 1 | | 1 | 3 |
| Softball | | | | | 2 | | 2 | | 2 |
| Swimming and Diving | | 5 | 4 | 1 | | 1 | 1 | | 6 |
| Tennis | | | | | 1 | | 1 | | 1 |
| Volleyball | 1 | | 1 | | 1 | | 1 | | 2 |
| Coaching | 5 | 11 | 13 | 3 | 8 | 4 | 9 | 3 | 28 |

Position Totals

## Assistant Coaches - Coed Teams

| Varsity Coed Teams | Male Assistant Coaches | | | | Female Assistant Coaches | | | | Total Assistant Coaches |
|---|---|---|---|---|---|---|---|---|---|
| | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | |
| Rifle | | | | | 1 | | 1 | | 1 |
| Coaching Position Totals | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 |

## Assistant Coaches' Salaries

| | Men's Teams | Women's Teams | Coed Teams |
|---|---|---|---|
| Average Annual Institutional Salary per Assistant Coach | $177,769 | $65,340 | $41,188 |
| Number of Assistant Coaches Included in Average | 29 | 22 | 1 |
| Average Annual Institutional Salary per FTE | $210,420 | $82,142 | $41,188 |
| Number of FTEs Included in Average | 24.50 | 17.50 | 1.00 |

## Revenues and Expenses

### Athletically Related Student Aid

|  | Men's Teams | Women's Teams | Coed Teams | Total |
|---|---|---|---|---|
| Total | $6,706,328 | $4,804,967 | $130,948 | $11,642,243 |
| Ratio (percent) | 58 | 41 | 1 | 100% |

### Recruiting Expenses

|  | Men's Teams | Women's Teams | Coed Teams | Total |
|---|---|---|---|---|
| Total | $1,468,173 | $471,349 | $2,820 | $1,942,342 |

### Operating (Game-Day) Expenses by Team

| *Varsity Men's and Women's Teams* | Men's Teams | | | Women's Teams | | | *Total Operating Expenses* |
|---|---|---|---|---|---|---|---|
|  | Participants | Operating Expenses per Participant | By Team | Participants | Operating Expenses per Participant | By Team |  |
| Basketball | 17 | $87,477 | $1,487,112 | 14 | $40,178 | $562,492 | $2,049,604 |
| Football | 115 | $13,546 | $1,557,765 | N/A | N/A | N/A | $1,557,765 |
| Baseball | 36 | $18,870 | $679,304 | N/A | N/A | N/A | $679,304 |
| All Track Combined | 99 | $3,710 | $367,270 | 106 | $3,907 | $414,155 | $781,425 |
| Golf | 11 | $9,373 | $103,103 | 9 | $13,281 | $119,529 | $222,632 |
| Gymnastics |  |  |  | 16 | $10,146 | $162,341 | $162,341 |
| Soccer | 29 | $4,968 | $144,061 | 24 | $10,455 | $250,931 | $394,992 |
| Softball | N/A | N/A | N/A | 18 | $13,939 | $250,910 | $250,910 |
| Swimming and Diving | 31 | $8,500 | $263,512 | 31 | $8,500 | $263,512 | $527,024 |
| Tennis | 9 | $12,762 | $114,858 | 8 | $18,365 | $146,918 | $261,776 |
| Volleyball |  |  |  | 17 | $14,341 | $243,792 | $243,792 |
| Wrestling | 37 | $4,790 | $177,230 |  |  |  | $177,230 |
| Total | 384 | N/A | $4,894,215 | 243 | N/A | $2,414,580 | $7,308,795 |

Operating Expenses Men's and Women's Teams

| Varsity Coed Teams | Participants | Men Operating Expenses per Participant | By Team | Participants | Women Operating Expenses per Participant | By Team | Total Operating Expenses |
|---|---|---|---|---|---|---|---|
| Rifle | 6 | $8,344 | $50,064 | 6 | $8,344 | $50,064 | $100,127 |
| Total Operating Expenses of Coed Teams | 6 | N/A | $50,064 | 6 | N/A | $50,064 | $100,127 |
| **Grand Total Operating Expenses** | **390** | **N/A** | **$4,944,279** | **249** | **N/A** | **$2,464,644** | **$7,408,922** |

## Total Expenses by Team

| Total Expenses by Men's and Women's Team | Men's Teams | Women's Teams | Total |
|---|---|---|---|
| Basketball | $9,638,081 | $3,262,796 | $12,900,877 |
| Football | $20,866,002 | N/A | $20,866,002 |
| Total Expenses of all Sports, Except Football and Basketball, Combined (Men's and Women's Teams) | $8,832,322 | $9,736,206 | $18,568,528 |
| Total Expenses Men's and Women's Teams | $39,336,405 | $12,999,002 | $52,335,407 |
| **Total Expenses by Coed Teams** | **Amount Allocated to Men** | **Amount Allocated to Women** | **Total** |
| Total Expenses of Coed Teams | $208,304 | $208,304 | $416,607 |
| **Total Expenses Men's, Women's and Coed Teams** | **$39,544,709** | **$13,207,306** | **$52,752,014** |
| **Not Allocated by Gender/Sport** | **N/A** | **N/A** | **$31,387,193** |
| **Grand Total Expenses** | **N/A** | **N/A** | **$84,139,207** |

CAVEAT

Expenses do not include capitalized assets and principal debt payments totaling $4,655,683.

## Total Revenues by Team

| Total Revenues by Men's and Women's Team | Men's Teams | Women's Teams | Total |
|---|---|---|---|
| Basketball | $14,611,434 | $1,056,295 | $15,667,729 |
| Football | $43,165,259 | N/A | $43,165,259 |

| | Amount Allocated to Men | Amount Allocated to Women | Total |
|---|---|---|---|
| Total Revenues of all Sports, Except Football and Basketball, Combined (Men's and Women's Teams) | $5,374,701 | $6,426,427 | $11,801,128 |
| Total Revenues Men's and Women's Teams | $63,151,394 | $7,482,722 | $70,634,116 |
| **Total Revenues by Coed Teams** | | | |
| Total Revenue of Coed Teams | $105,975 | $105,975 | $211,950 |
| Total Revenues Men's, Women's and Coed Teams | $63,257,369 | $7,588,697 | $70,846,066 |
| Not Allocated by Gender/Sport | N/A | N/A | $14,355,506 |
| Grand Total Revenues for all Teams (includes by team and not allocated by gender/sport) | N/A | N/A | $85,201,572 |

## Revenues & Expenses Summary

| | Revenues and Expenses Summary | Men's Teams | Women's Teams | Coed Teams | Total |
|---|---|---|---|---|---|
| 1 | Total of Head Coaches' Salaries | $6,048,840 | $1,604,850 | $59,842 | $7,713,532 |
| 2 | Total of Assistant Coaches' Salaries | $5,155,301 | $1,437,480 | $41,188 | $6,633,969 |
| 3 | Total Salaries (Lines 1+2) | $11,204,141 | $3,042,330 | $101,030 | $14,347,501 |
| 4 | Athletically Related Student Aid | $6,706,328 | $4,804,967 | $130,948 | $11,642,243 |
| 5 | Recruiting Expenses | $1,468,173 | $471,349 | $2,820 | $1,942,342 |
| 6 | Operating (Game-Day) Expenses | $4,894,215 | $2,414,580 | $100,127 | $7,408,922 |
| 7 | Summary of Subset Expenses (Lines 3+4+5+6) | $24,272,857 | $10,733,226 | $334,925 | $35,341,008 |
| 8 | Total Expenses for Teams | $39,336,405 | $12,999,002 | $416,607 | $52,752,014 |
| 9 | Total Expenses for Teams Minus Subset Expenses (Line 8 − Line 7) | $15,063,548 | $2,265,776 | $81,682 | $17,411,006 |
| 10 | Not Allocated Expenses | | | | $31,387,193 |
| 11 | Grand Total Expenses (Lines 8+10) | | | | $84,139,207 |
| 12 | Total Revenues for Teams | $63,151,394 | $7,482,722 | $211,950 | $70,846,066 |
| 13 | Not Allocated Revenues | | | | $14,355,506 |
| 14 | Grand Total Revenues (Lines 12+13) | | | | $85,201,572 |
| 15 | Total Revenues for Teams minus Total Expenses for Teams (Line 12-Line 8) | $23,814,989 | -$5,516,280 | -$204,657 | $18,094,052 |
| 16 | Grand Total Revenues Minus Grand Total Expenses (Line 14- Line 11) | | | | $1,062,365 |

## Supplemental Info

### Supplemental Information

Expenses do not include capitalized assets and principal debt payments totaling $4,655,683.