# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

December 4, 2018

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Court for the
Southern District of New York
Room 1940
500 Pearl Street
New York, NY 10007

Re:   *United States v. James Gatto, et al. (Case No. 17-CR-686)*

Dear Judge Kaplan:

      I represent Defendant James Gatto in the above-captioned matter. Mr. Gatto's current conditions of release restrict his travel to the Southern and Eastern Districts of New York, the Western District of Washington, the District of Oregon, and the District of New Jersey, except upon application to the Court. Mr. Gatto now respectfully requests the Court's permission to travel to Las Vegas, Nevada on the morning of December 6, 2018, returning to Portland, Oregon that same day, in connection with a potential employment opportunity. Mr. Gatto also seeks the Court's permission to travel to Indianapolis, Indiana from December 15, 2018 through December 17, 2018 so that he may visit a potential college with his son, who is a senior in high school. PreTrial Services has approved both travel requests and the Government has informed us that they have no objection.

      Mr. Gatto respectfully requests that the Court permit him to make these two trips.

Respectfully submitted,

*Casey E. Donnelly*

Casey E. Donnelly

26956582.1

cc: (by email)

William W. Wilkins
Mark C. Moore
Andrew A. Mathias
(*Counsel for Defendant Merl Code*)

Steven Haney
(*Counsel for Defendant Christian Dawkins*)

Edward Diskant
Robert Boone
Noah Solowiejczyk
Aline Flodr
Eli Mark
(*U.S. Department of Justice*)