Bates-Number of Call Being Transcribed: SDNY_00004936-1361
Date of Call Being Transcribed: 7/10/2017
Call Participants: C. Dawkins and J. D'Angelo
Custodian of Call Being Transcribed: Willkie_Christian Dawkins
Time of Call Being Transcribed: 13:12:52





DEFENSE EXHIBIT 5T
17 Cr. 686 (LAK)

Bates-Number of Call Being Transcribed: SDNY_00004936-1361
Date of Call Being Transcribed: 7/10/2017
Call Participants: C. Dawkins and J. D'Angelo
Custodian of Call Being Transcribed: Willkie_Christian Dawkins
Time of Call Being Transcribed: 13:12:52



**JEFF D'ANGELO:** That's true. Yeah, that might not be a bad thing to do. So I talked to Merl and Munish. They kind of filled me with, on the kid going to Louisville, the --

**CHRISTIAN DAWKINS:** Yeah, so essentially --

**JEFF D'ANGELO:** The Adidas-sponsored kid, right?

**CHRISTIAN DAWKINS:** It's two, I have two fucking situations. I have a kid who's made to be like the next fucking Lebron or some shit, where I get him like five grands, and I need to get him like five grand anyway, and I needed to get Brian's dad, 25, but Adidas is just, they've just been slow with everything. But they're going to get, they're going to get that back to fucking, so you can get your money back. And basically, I need 30 total, and I needed five for the guy in Minnesota and five for fucking, I mean 25 for Brian's dad. And I just told Munish, like listen, we'll get 25 back to Jeff in the next fucking couple days. I don't know exactly when but it's definitely going to come back for sure.

**JEFF D'ANGELO:** Yeah, no, yeah, no, I just talked to him. I just want to make sure so that you think, because Merl said the same thing, but like, you think, you know, with this arrangement that the dad's got set up with Merl and Adidas through you with the, you know, the $100,000 for a year, right, so $25,000 a quarter. You know, yeah, he's definitely going to sign with you and with us, right? Like that should be, that should be a done deal?

**CHRISTIAN DAWKINS:** Yeah, that's my son, Jeff, like. When I tell you to feed my guy, like this is my, like his fucking aunt used to babysit me. I've been knowing this kid his whole life. His cousin was my first girlfriend. Like, these are my people, people.

**JEFF D'ANGELO:** Right. So they, so they kind of know like this is the deal, like I have with, we're funding with you, and this is what it's for, and he's going to go with, he's going to go to Louisville. He's going to come to us. He's going to go back to Adidas and sign with Merl.

Bates-Number of Call Being Transcribed: SDNY_00004936-1361
Date of Call Being Transcribed: 7/10/2017
Call Participants: C. Dawkins and J. D'Angelo
Custodian of Call Being Transcribed: Willkie_Christian Dawkins
Time of Call Being Transcribed: 13:12:52

**CHRISTIAN DAWKINS:** Put it like this, our shit is public. Like people, everyone knows about us. That it isn't even a secret anymore. Like, I can -- put it like this, I was on his visits to school. That's how like deep it is. It's not, that's what I'm saying, we're from the same -- put it like this, I don't even believe that they could do anything to me, if it came out that I was like taking care of him. I don't even think they could do anything because I've been knowing him his whole life. I don't even think it's an added benefit. I think it would be like, okay, you know, they just, they had a prior relationship before.

**JEFF D'ANGELO:** Right, right, right, yeah.

**CHRISTIAN DAWKINS:** That's how long I've been knowing him.

**JEFF D'ANGELO:** No, that's, no, I just want to make sure, yeah, because I just had a conversation with Munish and Merl. It sounds, it sounds all good. I just want to make sure that if you thought, from your, from your perspective, yeah, you're reliable that this kid's definitely coming back to you, which is great.

**CHRISTIAN DAWKINS:** Yeah, it's done. It's done.

**JEFF D'ANGELO:** All right. Good deal, man.



3

Bates-Number of Call Being Transcribed: SDNY_00004936-1361
Date of Call Being Transcribed: 7/10/2017
Call Participants: C. Dawkins and J. D'Angelo
Custodian of Call Being Transcribed: Willkie_Christian Dawkins
Time of Call Being Transcribed: 13:12:52



4

5T-4