```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
       v.                     :    S2 17 Cr. 686 (LAK)
                              :
James Gatto,                  :
Merl Code, and                :
Christian Dawkins,            :
                              :
              Defendants.     :
                              :
------------------------------x
```

Recorded Conversation
989-493-4317


Date: August 16, 2017
Time: 11:23:34 PM
Session Number: 8223
Participants: Brian Bowen
              Christian Dawkins



(U/I) - UNINTELLIGIBLE
(PH)  - PHONETIC SPELLING



GOVERNMENT
EXHIBIT
51T
S2 17 Cr. 686 (LAK)

| | | |
|---|---|---|
| 1 | BOWEN: | What's going on, man? |
| 2 | DAWKINS: | How you feeling, B? |
| 3 | BOWEN: | I'm doing all right. (U/I). How are you? |
| 4 | DAWKINS: | I'm all right. You know, just trying to |
| 5 | | figure it all out. You know how this shit |
| 6 | | go. I, um -- |
| 7 | BOWEN: | (U/I). |
| 8 | DAWKINS: | I'm just trying to figure it all out. You |
| 9 | | know how this shit go. Uh, how am I gonna |
| 10 | | get you this shit? What you want me to do? |
| 11 | BOWEN: | Man, I don't even care. Whatever you do. |
| 12 | DAWKINS: | What's wrong? Nigga, I know, I know, shit |
| 13 | | can't be bad right now. |
| 14 | BOWEN: | No, no. You know, this is nothing, man. I'm |
| 15 | | gonna call you on my other phone. |
| 16 | | Christian, let me tell you about that one |
| 17 | | situation. So, you gotta help my boy out. |
| 18 | DAWKINS: | How is that going? |
| 19 | BOWEN: | (U/I) right now so, you know, just trying to |
| 20 | | work through. Then the fire and that just |
| 21 | | killed me right there 'cause they been on my |
| 22 | | butt about getting it done so I been putting |
| 23 | | my money in that, man, so it's just like |
| 24 | | horrible. Everything is bad timing, you |
| 25 | | know what I'm saying. |

| | | |
|---|---|---|
| 1 | DAWKINS: | The, uh, the um -- |
| 2 | BOWEN: | That's the problem. That's the whole |
| 3 | | problem. If that wasn't out there, you |
| 4 | | know, I'd be coasting. |
| 5 | DAWKINS: | (U/I). |
| 6 | BOWEN: | (U/I). |
| 7 | DAWKINS: | You done got like a fuckin' triple double |
| 8 | | last month. You done got a God damn triple |
| 9 | | double the past month. |
| 10 | BOWEN: | Oh, yeah, I know that. Remember I had that |
| 11 | | - the fire at -- the house with no insurance |
| 12 | | on it. Pain in my ass getting fixed. So I |
| 13 | | got to get that mother fixed, I mean, so I |
| 14 | | ain't got no choice. (U/I) my man, I got to |
| 15 | | make sure he stay straight, you know what |
| 16 | | I'm saying. |
| 17 | DAWKINS: | Yeah, you ain't lying. I mean, that's the |
| 18 | | most important thing right there. |
| 19 | BOWEN: | Yeah, that's what I'm saying. So he can |
| 20 | | look good. I got to be looking good, I |
| 21 | | can't, I can't play with that. Listen like |
| 22 | | I say, I can't be (U/I) thinking I'm (U/I) |
| 23 | | you know what I'm saying. He ain't even |
| 24 | | like that. He ain't worried, going crazy |
| 25 | | with it, just trying to keep his stuff in |

|    |          |                                                    |
|----|----------|----------------------------------------------------|
| 1  |          | order.  And you know I'm trying to help him        |
| 2  |          | do it.  You know, make sure he gets the best       |
| 3  |          | he can get.                                        |
| 4  | DAWKINS: | Who you, who you, uh, who you got an account       |
| 5  |          | with?                                              |
| 6  | BOWEN:   | Uh, only thing I got is -- I ain't got             |
| 7  |          | nobody but Huntington Wildfire (PH) (U/I).         |
| 8  | DAWKINS: | Nigga, what is Wildfire?  It's like a cell         |
| 9  |          | phone.                                             |
| 10 | BOWEN:   | (U/I) it's the local credit union.                 |
| 11 | DAWKINS: | They probably (U/I) cell phones and shit.          |
| 12 | BOWEN:   | Huh?                                               |
| 13 | DAWKINS: | Well, just -- I said, that's like a fucking        |
| 14 |          | cell phone.  Um, we can get it done in the         |
| 15 |          | morning. I can get it done in the morning.         |
| 16 |          | Shit, I was talking about your ass a few           |
| 17 |          | minutes ago.  Um, I told them I was gonna          |
| 18 |          | find out how we needed to get it done.  Uh,        |
| 19 |          | just, just, just, well I mean, you tell me I       |
| 20 |          | could (U/I)-- I could mail it to you if you        |
| 21 |          | want me to.                                        |
| 22 | BOWEN:   | Um, uh, I'll figure it out (U/I) by                |
| 23 |          | tomorrow.                                          |
| 24 | DAWKINS: | Yeah, figure it out by tomorrow.  Just call        |
| 25 |          | me tomorrow morning before noon because I'm        |

1 gonna be making some runs.  I'm back home so
2 I'm good.  I mean, ain't no sense in you
3 driving here for no two.  That's retarded.

| | | |
|---|---|---|
| 12 | DAWKINS: | How is Tugs doing? |
| 13 | BOWEN: | He doing good. He's getting bigger, |
| 14 | | stronger. That's what he doing (U/I). Let |
| 15 | | me (U/I) give me one sec, one sec. |
| 16 | | (Pause) |
| 17 | BOWEN: | Yeah, so he was like – like I was talking to |
| 18 | | him. He doesn't realize how, how it's |
| 19 | | supposed to be. (U/I) man, I didn't know you |
| 20 | | had that much athleticism. It don't do no |
| 21 | | good if you don't put it into your game and |
| 22 | | can't move. (U/I) see how Kobe is, does it |
| 23 | | and Jordan as opposed to Lebron, how he |
| 24 | | doesn't really use the athleticism most |
| 25 | | efficiently 'cause he's so good and big and |

6

|   |   |   |
|---|---|---|
| 1 |  | strong it don't really matter, but just some |
| 2 |  | of the stuff he was teaching kids about the |
| 3 |  | way you coming around picks and how you get |
| 4 |  | the guy and the steps you take to get to the |
| 5 |  | basket is like (U/I) up, like really. Get to |
| 6 |  | the basket with less steps and explode. I |
| 7 |  | mean, it was really -- I was impressed. |
| 8 | DAWKINS: | Hm. (U/I). Tugs can be one and done. |
| 9 | BOWEN: | Huh? |
| 10 | DAWKINS: | I mean, (U/I) thinks Tugs can be one and |
| 11 |  | done. |
| 12 | BOWEN: | He should be, man. Tugs can be one and done; |
| 13 |  | it's up to him. If he wants to be one and |
| 14 |  | done, he'll be one and done. If he don't |
| 15 |  | wanna be one and done he'll be there two |
| 16 |  | years. That's just the way it is. (U/I) I |
| 17 |  | mean, you can put on a jersey and work out |
| 18 |  | and stuff, but when the lights come on Tugs |
| 19 |  | will play, you already know that. |

7

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25