

**HANEY LAW GROUP, PLLC**
3000 Town Center, Ste. 2570
Southfield, Michigan  48075
(248) 414-1470
steve@haneygroup.net

March 13, 2019

The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street, Courtroom 21B
New York, New York  10007-1312

    Re:    United States v Gatto, et al
            Case Number:  1:17-cr-00686-LAK
            Re: Christian Dawkins Re Travel Plans (7th)

Dear Judge Kaplan:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

**Thursday, March 14, 2019:**

**Drive from Cleveland, Ohio to Lansing, Michigan**
**Hotel:  Homewood Suites, 2201 Showtime Drive, Lansing, Michigan 48912**
**Reason:**     Visit family and meetings with lawyer

**Monday, March 18, 2019:**

Depart DTW, Michigan at 12:35 pm (Delta Flight #2787)
Arrive into LAX, California at 2:34 pm

Hotel:  Luxe Hotel, 360 N. Rodeo Drive, Beverly Hills, CA  90210
Reason:     Work related

The Honorable Lewis A. Kaplan
United States District Judge
March 13, 2019
Page 2.

<u>Monday, April 1, 2019</u>:

Depart LAX, California at 10:34 pm (United Flight #1786)
Arrive into Cleveland, Ohio at 6:00 am

Thank you for your consideration of this matter.

Very truly yours,

HANEY LAW GROUP, PLLC
/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:   All Attorneys of Record - via U.S. Court e-filing system
      Kara Cabanaes, U.S. Pretrial Services and Probation Officer
      via email @ Kara_Cabanaes@ohnp.uscourts.gov