# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

March 13, 2019

**BY EMAIL AND ECF**

The Honorable Lewis A. Kaplan
United States District Court for the
Southern District of New York
Room 1940
500 Pearl Street
New York, NY 10007

Re:   *United States v. James Gatto, et al. (Case No. 17-CR-686)*

Dear Judge Kaplan:

      I represent Defendant James Gatto in the above-captioned matter. Mr. Gatto's current conditions of release restrict his travel to the Southern and Eastern Districts of New York, the Western District of Washington, the District of Oregon, and the District of New Jersey, except upon application to the Court. Mr. Gatto now respectfully requests the Court's permission to travel to the Los Angeles, California area from March 27-April 1, 2019, with his wife and two children, for a family vacation during the children's Easter break from school. PreTrial Services has approved the travel request and the Government has informed us that they have no objection.

      Mr. Gatto respectfully requests that the Court permit him to make this trip.

Respectfully submitted,

Casey E. Donnelly

28624722.1

cc: (by email)

William W. Wilkins
Mark C. Moore
Andrew A. Mathias
(*Counsel for Defendant Merl Code*)

Steven Haney
(*Counsel for Defendant Christian Dawkins*)

Edward Diskant
Robert Boone
Noah Solowiejczyk
Aline Flodr
Eli Mark
(*U.S. Department of Justice*)