

**HANEY LAW GROUP, PLLC**
3000 Town Center, Ste. 2570
Southfield, Michigan 48075
(248) 414-1470
steve@haneygroup.net

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-19
```

March 13, 2019

The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street, Courtroom 21B
New York, New York 10007-1312

      Re:    United States v Gatto, et al
              Case Number: 1:17-cr-00686-LAK
              Re: Christian Dawkins Re Travel Plans (7th)

Dear Judge Kaplan:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

**Thursday, March 14, 2019:**

**Drive from Cleveland, Ohio to Lansing, Michigan**
**Hotel: Homewood Suites, 2201 Showtime Drive, Lansing, Michigan 48912**
**Reason:**    **Visit family and meetings with lawyer**

**Monday, March 18, 2019:**

**Depart DTW, Michigan at 12:35 pm (Delta Flight #2787)**
**Arrive into LAX, California at 2:34 pm**

**Hotel: Luxe Hotel, 360 N. Rodeo Drive, Beverly Hills, CA 90210**
**Reason:**    **Work related**

*[handwritten: on consent]*

SO ORDERED

_____
LEWIS A. KAPLAN/USDJ  3/14/19

The Honorable Lewis A. Kaplan
United States District Judge
March 13, 2019
Page 2.

    **Monday, April 1, 2019:**

    **Depart LAX, California at 10:34 pm (United Flight #1786)**
    **Arrive into Cleveland, Ohio at 6:00 am**

Thank you for your consideration of this matter.

Very truly yours,

HANEY LAW GROUP, PLLC
/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:    All Attorneys of Record - via U.S. Court e-filing system
      Kara Cabanaes, U.S. Pretrial Services and Probation Officer
      via email @ Kara_Cabanaes@ohnp.uscourts.gov



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 14, 2019

The Honorable Lewis A. Kaplan
United States District Judges
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

     Re:    United States v. Christian Dawkins, 17 Cr. 686 (LAK)

Dear Judge Kaplan:

     The Government writes in connection with the application of defendant Christian Dawkins to travel to Lansing, Michigan from March 14 through March 18, 2019 for a visit with his family and to meet with his attorney; and to Los Angeles, California from March 18 through April 1, 2019 for work-related purposes. The defendant, through counsel, has informed the Government that he has notified and obtained the permission of his pretrial services officer for the proposed travel, and in light of that, the Government similarly has no objection to the request.

     Respectfully submitted,

     ROBERT S. KHUZAMI
     Attorney for the United States, Acting Under
     Authority Conferred by 28 U.S.C. § 515

By:     /s/
     Edward B. Diskant/Noah Solowiejczyk/
     Eli J. Mark/Aline Flodr
     Assistant United States Attorneys
     (212) 637-2294/2473/2431/1110

Cc: Defense counsel (by email)