

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 15, 2019



The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. James Gatto et al., 17 Cr. 686 (LAK)

Dear Judge Kaplan:

The Government writes with regard to the motion filed by non-party the National Collegiate Athletic Association ("NCAA") which seeks to intervene for the purpose of obtaining an order unsealing certain materials relevant to the above-captioned matter (the "Motion"). Specifically, the NCAA seeks to unseal approximately twenty-four exhibits that were not admitted at trial along with portions of a sentencing submission filed on behalf of defendant James Gatto.

Having now reviewed the Motion, the Government intends to oppose it. We have conferred with counsel for the NCAA regarding a schedule for further briefing on the motion, and the Government and NCAA would respectfully jointly propose the following: any brief in opposition to the Motion to be filed on or before March 26, 2019, and any reply brief to be filed on or before April 9, 2019.

Respectfully submitted,

ROBERT S. KHUZAMI
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

Approved

SO ORDERED
LEWIS A. KAPLAN, USDJ 3/15/19

By: /s/
Edward B. Diskant/Noah Solowiejczyk/
Eli J. Mark/Aline Flodr
Assistant United States Attorneys
(212) 637-2294/2473/2431/1110

Cc: All counsel (by email)