

**HANEY LAW GROUP, PLLC**
3000 Town Center, Ste. 2570
Southfield, Michigan 48075
(248) 414-1470
steve@haneygroup.net

April 8, 2019

The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street, Courtroom 21B
New York, New York 10007-1312

      Re:    United States v Gatto, et al
               Case Number: 1:17-cr-00686-LAK
               Re: Christian Dawkins Re Travel Plans (8th)

Dear Judge Kaplan:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

**Thursday, April 11, 2019:**

Depart Cleveland, OH at 12:25 pm (Delta Flight #3810)
Arrive into Detroit, MI at 1:16 pm
Hotel: Westin, 1500 Town Center, Southfield, Michigan 48075
Reason:   Visit family and meetings with lawyer

**Sunday, April 14, 2019:**

Depart DTW, Michigan at 5:40 pm (Delta Flight #2752)
Arrive into LAX, CA at 7:37 pm
Hotel: Montrose, 900 Hammond Street, West Hollywood, CA 90069
Reason:   Work related

The Honorable Lewis A. Kaplan
United States District Judge
April 8, 2019
Page 2.

**Saturday, April 20, 2019:**

Depart LAX, California at 2:20 pm (Delta Flight #1651)
Arrive into New York, NY at 10:51 am
Hotel:  50 Bowery, 50 Bowery Street, New York, NY   10013
Reason:    Trial

Thank you for your consideration of this matter.

Very truly yours,

HANEY LAW GROUP, PLLC
/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:     All Attorneys of Record - via U.S. Court e-filing system
        Kara Cabanaes, U.S. Pretrial Services and Probation Officer
        via email @ Kara_Cabanaes@ohnp.uscourts.gov

2