

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2019



The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. James Gatto et al., 17 Cr. 686 (LAK)

Dear Judge Kaplan:

The Government writes in connection with the Motion of non-party Oath, Inc., operator of Yahoo Sports (the "Movant"), to intervene in the above-captioned matter for the purpose of obtaining certain materials presently under seal. The Government has had an initial opportunity to review the Motion, which it intends to oppose, and has conferred with defense counsel[1] and counsel for the Movant regarding a schedule for remaining briefing on the Motion. On behalf of all parties, the Government would respectfully propose the following:

| | |
|---|---|
| Government's Brief in Opposition Due | July 23 |
| Movant's Reply Brief | August 6 |

Respectfully submitted,

AUDREY STRAUSS
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By: /s/
Edward B. Diskant/Noah Solowiejczyk/
Eli J. Mark/Aline R. Flodr
Assistant United States Attorneys
(212) 637-2294/2473/2431/1110

Cc: All counsel (by email)

SO ORDERED
LEWIS A. KAPLAN, USDJ 6/26/19

---

[1] The defendants, through counsel, have advised the Government that they do not presently intend to file anything in connection with the pending Motion.