**HANEY LAW GROUP, PLLC**
3000 Town Center, Ste. 2570
Southfield, Michigan  48075
(248) 414-1470
steve@haneygroup.net

July 10, 2019

The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street, Courtroom 21B
New York, New York  10007-1312

    Re:    United States v Gatto, et al
            Case Number:  1:17-cr-00686-LAK
            Re: Christian Dawkins Re Travel Plans (10th)

Dear Judge Kaplan:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

**Sunday, July 14, 2019:**

Depart Los Angeles, LAX at 9:25 pm (Southwest Flight #5480)
Arrive into Las Vegas, LAS at 10:35 pm
Hotel:  Golden Nugget, 129 Fremont Street, Las Vegas, NV  89101 - (702) 385-7111
Reason:    Work related.

**Tuesday, July 16, 2019:**

Depart Las Vegas, LAS at 12:00 pm (Delta Flight #2371)
Arrive into New York, JFK at 8:10 pm
Hotel:  Renaissance New York Hotel 57, 130 E. 57th Street, New York, NY  10024
       (212) 753-8841
Reason:  Work related.

The Honorable Lewis A. Kaplan
United States District Judge
July 10, 2019
Page 2.

<u>Thursday, July 18, 2019</u>:

Depart New York, LGA at 9:59 am (Delta Flight #1539)
Arrive into Atlanta, ATL at 12:31 pm
Hotel: Hilton, 255 Courtland Street, NE, Atlanta, GA 30303
Reason: Work related.

<u>Friday, July 19, 2019</u>:

Depart Atlanta, ATL at 7:25 am (Delta Flight #1410)
Arrive into Los Angeles, LAX at 9:04 am

Thank you for your consideration of this matter.

Very truly yours,

HANEY LAW GROUP, PLLC
<u>/s/ Steven A. Haney</u>
Steven A. Haney, Sr.
Attorney at Law

cc:   All Attorneys of Record - via U.S. Court e-filing system
      Francesca Tessier-Miller, U.S. Pretrial Services Officer Assistant
      via email @ francesca_tessier-miller@nyspt.uscourts.gov