

**HANEY LAW GROUP, PLLC**
3000 Town Center, Ste. 2570
Southfield, Michigan  48075
(248) 414-1470
steve@haneygroup.net

August 19, 2019

The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street, Courtroom 21B
New York, New York  10007-1312

    Re:    United States v Gatto, et al
           Case Number:  1:17-cr-00686-LAK
           Re: Christian Dawkins Re Travel Plans & Residence

Dear Judge Kaplan:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

    <u>Wednesday, August 21, 2019</u>:

    Depart Los Angeles, LAX at 8:15 am (United Flight #2418)
    Arrive into EWR at 4:23 pm
    Hotel:  Novotel, 226 W 52nd Street, New York, NY  10019
    Reason:    Work related.


    <u>Saturday, August 24, 2019</u>:

    Depart EWR at 7:00 am (United Flight #240)
    Arrive into Los Angels, LAX at 9:45 am

The Honorable Lewis A. Kaplan
United States District Judge
August 19, 2019
Page 2.

Additionally, we have sought concurrence from Pretrial Services, along with the Government for Mr. Dawkins' permanent residence to be *transferred* to his existing residence same being:

**Christian Dawkins**
**753 Lillian Way, #4**
**Los Angeles, California 90038.**

The basis for this request is due to the recent displacement of his family from Cleveland, Ohio, thereby necessitating his permanent residence at the above-entitled address. Both Pretrial Services and the Government have no objections.

Thank you for your consideration of this matter.

Very truly yours,

HANEY LAW GROUP, PLLC
/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:   All Attorneys of Record - via U.S. Court e-filing system
      Francesca Tessier-Miller, U.S. Pretrial Services Officer Assistant
      via email @ francesca_tessier-miller@nyspt.uscourts.gov