**HANEY LAW GROUP, PLLC**
3000 Town Center, Ste. 2570
Southfield, Michigan  48075
(248) 414-1470
steve@haneygroup.net

October 16, 2019

The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street, Courtroom 21B
New York, New York  10007-1312

    Re:    United States v Gatto, et al
            Case Number:  1:17-cr-00686-LAK
            Re: Christian Dawkins Proposed Travel Plans

Dear Judge Kaplan:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

    Thursday, October 17, 2019
    Depart LAX at 12:07 pm (Delta Flight #758)
    Arrive ABIA at 5:11 pm
    Residence:  615 W. 7th Street, Austin, Texas  78701
    Reason:  Work related

    Saturday, October 19, 2019
    Depart ABIA at 3:00 pm (Delta Flight #1854)
    Arrive LAX at 4:18 pm
    Reason:  Returning home

    Monday, October 21, 2019
    Depart LAX at 12:50 pm (Delta Flight #468)
    Arrive JFK at 9:26 pm
    Hotel:  Westin Times Square, 270 W. 43rd Street, New York  10036
    Reason:  Work related

Wednesday, October 23, 2019
Depart JFK at 4:31 pm (Delta Flight #1169)
Arrive ATL at 7:05 pm
Hotel: Hilton, 255 Courtland St., NE, Atlanta, Georgia 30303
Reason: Work related

Sunday, October 27, 2019
Depart ATL at 12:30 pm (Delta Flight #1944)
Arrive LAX at 2:12 pm
Reason: Returning home

Friday, November 22, 2019
Depart LAX at 9:59 am (Delta Flight #2658)
Arrive Salt Lake, Utah at 12:52 pm
Depart Salt Lake, Utah at 1:45 pm (Delta Flight 4008)
Arrive Tulsa, OK at 5:12 pm
Residence: 743 Capitol Place, Muskogee, OK 74401
Reason: Family Thanksgiving

Saturday, November 30, 2019
Depart Tulsa, OK at 5:46 pm (Delta Flight #4008)
Arrive Salt Lake, Utah at 7:41 pm
Depart Salt Lake, Utah at 8:18 pm (Delta Flight #1211)
Arrive LAX at 9:20 pm
Reason: Returning home

Tuesday, December 10, 2019
Depart LAX at 10:45 pm (Delta Flight #2338)
Arrive Honolulu at 2:42 pm
Hotel: Alohilani Resort, 2490 Kalakaua Avenue, Honolulu, Hawaii 96815
Reason: Work Related

Sunday, December 15, 2019
Depart Honolulu at 11:00 am (Delta Flight #0184)
Arrive LAX at 6:31 pm
Reason: Returning home

The Honorable Lewis A. Kaplan
United States District Judge
October 16, 2019
Page 3.

Thank you for your consideration of this matter.

Very truly yours,

HANEY LAW GROUP, PLLC
/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:   All Attorneys of Record - via U.S. Court e-filing system
      Francesca Tessier-Miller, U.S. Pretrial Services Officer Assistant
      via email @ francesca_tessier-miller@nyspt.uscourts.gov