

## HANEY LAW GROUP, PLLC

22815 Kelly Road

Eastpointe, Michigan  48021

(248) 414-1470

steve@haneygroup.net

February 4, 2022

The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street, Courtroom 21B
New York, New York  10007-1312

    Re:    United States v Gatto, et al
            Case Number:  1:17-cr-00686-LAK
            Re: Facility Designation, Christian Dawkins

Dear Judge Kaplan:

As Mr. Dawkins currently resides in Atlanta, Georgia, he respectfully requests this Honorable Court designate the following prison facility for his March 1st, 2022 surrender date for the reason it is most amenable for family visits:

    Federal Prison Camp at Montgomery
    Maxwell Air Force Base
    Montgomery, AL   36112

Thank you for your consideration in this matter.

Very truly yours,

HANEY LAW GROUP, PLLC
/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:    All Attorneys of Record - via U.S. Court e-filing system
        Madalyn Toledo, U.S. Pretrial Services Officer Assistant
        via email @ madalyn_toledo@nyspt.uscourts.gov