

HANEY LAW GROUP, PLLC
3000 Town Center, Ste. 2570
Southfield, Michigan  48075
(248) 414-1470
steve@haneygroup.net

February 28, 2022

The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street, Courtroom 21B
New York, New York  10007-1312

    Re:    United States v Gatto, et al
            Case Number:  1:17-cr-00686-LAK

Dear Judge Kaplan:

Defense writes to request an extension of the March 1, 2022 surrender date relative to Defendant, Christian Dawkins.   As of this date, Defendant has not received a confirmed designation facility. Defendant seeks a week extension same being:

    Christian Dawkins:  Surrender Date of March 8, 2022.

The United States Attorneys consent to this request which will permit the Bureau of Prisions to assign the Defendant the requested facility, FPC Montgomery, to serve his sentence.

Thank you for your consideration of this matter.

Very truly yours,

HANEY LAW GROUP, PLLC
/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:    All Attorneys of Record - via U.S. Court e-filing system