**MEMO ENDORSED**



HANEY LAW GROUP, PLLC
3000 Town Center, Ste. 2570
Southfield, Michigan 48075
(248) 414-1470
steve@haneygroup.net

```
DOCU...
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-2023
```

August 1, 2023

The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street, Courtroom 21B
New York, New York 10007-1312

      Re:    United States v Gatto, et al; Case Number: 1:17-cr-00686-LAK
            Re: Christian Dawkins; Standing Order for Travel

Dear Judge Kaplan:

My client, Christian Dawkins, is seeking a Standing Order for Travel as it relates to Business and Family with notification directly to his Probation Officer, Mr. Guinn, relative to any of the specifics related to such travel.

The Government has confirmed with Probation, and the parties have no objection to this Standing Order for Travel as it relates to Business and/or Family. At all times relevant, Mr. Dawkins would be Ordered to notify his Probation Officer, Mr. Guinn as to the specifics related to his relevant travel plans.

Thank you for your consideration of this matter.

Very truly yours,
HANEY LAW GROUP, PLLC
/s/ Steven A. Haney
Steven A. Haney, Esq

cc:    All Attorneys of Record - via respective emails
        Schuylar Guinn, Probation Officer via email: Schuylar_Guinn@ganp.uscourts.gov

                                          Granted.

                                          SO ORDERED.

                                          /s/ Lewis A. Kaplan
                                          Lewis A. Kaplan
                                          United States District Court Judge

                                          Dated: August 1, 2023